FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA** '14 MAY 15 PM 1:06

**GURNEY ALFRED**

**VERSUS**

**STATE OF LOUISIANA** through the
**DEPARTMENT OF CORRECTIONS**

**CIVIL ACTION NUMBER: 461-2011-00488**

SIGN _____
BY DEPUTY CLERK

## COMPLAINT

**NOW INTO COURT,** comes **GURNEY ALFRED,** in-proper person, a person of full age of majority, resident of and domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents:

### I.

Made defendant herein is the State of Louisiana through the Department of Public Safety and Corrections. Defendant is the proper party defendant in accordance with LSA-R.S. 13:501, *et seq.*

### II.

This Court has jurisdiction over this matter pursuant to the attached Charge of Racial Discrimination and Retaliation of February 14, 2014

### III.

Venue properly lies in this Court pursuant to La C.C.P. Art.42, as the registered office for the Louisiana State Penitentiary is located in East Baton Rouge Parish.

### IV.

MSgt. Gurney Alfred, African American, received both an Associate Degree in criminal justice and a Bachelor of Science degree in sociology from Southern University

1

and A & M College in 1998.  He began working at the Louisiana State Penitentiary as a rehire with thirteen (13) years of service in 2004, in the position of sergeant.  During his employment, plaintiff received two awards for perfect attendance twice and employee of the month twice.

## V.

Plaintiff was a committed and assiduous employee during the entirety of his employment at the Louisiana State Penitentiary, Angola, Louisiana.  He was assured by his supervisors that if he continued to work as he had been working, he would be promoted.  His one and only promotion was to Master Sergeant which comes with ten years of service.

## VI.

Plaintiff applied for the position of Lieutenant in 2006, and made the qualifying scores; nevertheless, he was consistently passed over for promotion.

## VII.

Racial remarks made to plaintiff, calling him a "black bitch," by a white officer, Msgt. Jason Johnson, on November 28, 2008, resulted in a non-disciplinary lateral transfer administered to Johnson.  Two (2) fellow white officers, Msgt. Mike Evans and Msgt. David Adams, were present and laughed.  It was a racially derogatory comment to plaintiff, and no laughing matter.

## VIII.

Defendant began a continuous pattern of discrimination, harassment and retaliation because of plaintiff's race.  Plaintiff continued his just efforts to be promoted.   Plaintiff's

supervisor, Captain Warren Lemoine, Caucasian, showed favoritism to plaintiff's fellow employees over plaintiff by continually giving other employees favorable assignments and promotions, but wrongfully refused to promote plaintiff.   Lemoine had been previously written up for illegal favoritism.

## IX.

Plaintiff was retaliated against because of his complaints about other similarly situated employees who received promotions and favorable treatment.   Plaintiff was continuously placed in a hostile work environment.

## X.

Plaintiff filed a grievance against Lemoine, and was subsequently moved to a different "camp" or work area.   He was brought back to the camp where the plaintiff was assigned and the discrimination, harassment, and retaliation continued.   Plaintiff was denied due process to have his grievances heard and resolved without fear of reprisal in violation of the First Amendment to the United States Constitution.

## XI.

Defendant has taken punitive actions against plaintiff including but not limited to the following:

a)   retaliation for filing an E.E.O.C. complaint in June of 2010, formal charge September of 2010;

b)   retaliation for filing grievances in May of 2010;

c)   retaliations for filing reports of racially derogatory remarks made by a co-worker in 2008;

d)   retaliation for reporting harassment;

e)      retaliation for reporting verbal abuse from a fellow co-worker;

f)      racial discrimination in promotion practices;

g)      hostile working environment based on race as evidenced by comments made by co-workers with no disciplinary action being taken by supervisors

h)      wrongful termination asa result of retaliatory actions of supervisors and racial discrimination.

## XII.

Plaintiff respectfully request that he be awarded the following:

a)      back pay and benefits;

b)      reinstatement with appropriate promotions or front pay and benefits;

c)      in the event of reinstatement; injunctive relief that would prevent defendant from further discriminating, harassing, and retaliating against plaintiff;

d)      compensatory damages;

e)      punitive damages;

f)      reasonable attorney's fees and cost.

g)      any other relief the court deems appropriate.

**WHEREFORE**, plaintiff prays that, after due proceedings had, there be judgment herein in favor of plaintiff, Gurney Alfred, and against the defendants.

**RESPECTFULLY SUBMITTED**

BY: _____
    GURNEY ALFRED
    IN-PROPER PERSON
    223 Crestview Avenue
    Baton Rouge, Louisiana 70807
    Telephone:   (225) 953-0755

4

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 461-2011-00488 |

**Louisiana Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Gurney Alfred** | **(225) 775-6521** | **05-16-1964** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 77413, Baton Rouge, LA 70879** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **LOUISIANA DEPT. OF PUBLIC SAFETY & CORRECTIONS** | **500 or More** | **(225) 655-4411** |

| Street Address | City, State and ZIP Code |
|---|---|
| **17544 Tunica Trce, Angola, LA 70712** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | |
|---|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN | | |
| ☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION | | |
| ☐ OTHER *(Specify)* | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **11-29-2010**  Latest: **11-29-2010**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above-named company on October 25, 2004. On November 29, 2010, I was discharged
as a Corrections Master Sergeant. The company employs more than 500 employees.

According to Captain Warren Lemoine, Immediate Supervisor, I was discharged for falsifying documents.

I believe I have been discriminated against because of my race, Black and in retaliation for filing a previous
EEOC complaint (461-2010-01418).

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *1.8.2011* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date   Charging Party Signature | |

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gurney Alfred<br>P.O. Box 77413<br>Baton Rouge, LA 70879 | From: | New Orleans Field Office<br>1555 Poydras Street<br>Suite 1900<br>New Orleans, LA 70112 |
|---|---|---|---|

|   | ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |   |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2011-00488 | Uma  Kandan,<br>Supervisory Investigator | (504) 595-2856 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other *(briefly state)*          **Lawsuit pending in court**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
for   **Keith T. Hill,**
**Director**

FEB 1 4 2014

*(Date Mailed)*

Enclosures(s)

cc:     **LA DEPT. OF PUBLIC SAFETY & CORRECTIONS**
**17544 Tunica Trce**
**Angola, LA 70712**

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** <u>within 6 months</u> of this Notice. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***