UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GURNEY ALFRED

VERSUS

STATE OF LOUISIANA
DEPT. OF CORRECTIONS

CIVIL ACTION

NO. 14-298-SDD-RLB

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 29, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion for Leave to File Amended Complaint*[3] is granted and Plaintiff's *Amended Complaint*[4] shall be filed into the record of these proceedings.

Baton Rouge, Louisiana the 10 day of February, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 14.
[3] Rec. Doc. 9.
[4] Rec. Doc. 9-2.